UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ROSEMARY GAMBALE,**

    **Plaintiff,**

v.                                    Case #0:16-cv-60085-SCOLA/OTAZO-REYES

**AUTONATION, INC.
and METROPOLITAN LIFE
INSURANCE COMPANY,**

    **Defendants.**
_____/

## NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE CLOSURE

The Plaintiff, Rosemary Gambale, by and through her undersigned attorney, hereby advises the court that the parties have reached an amicable settlement in principle. The parties have not consummated a resolution of this case, and the Plaintiff requests that the court administratively close this matter for 60 days pending a resolution of all paperwork related to the parties' settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 17, 2016**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Stephanie Segalini, Esquire, Hinshaw & Culbertson LLP., 100 South Ashley Drive, Suite 500, Tampa FL 33602, and Cathy Stutin, Esquire, Fisher & Phillips, 450 East Las Olas Blvd., Suite 800, Fort Lauderdale FL 33301, and I further certify that I mailed the foregoing and notice of electronic filing to the following non-CM/ECF participant: *N/A*.

                                                 **s/ John V. Tucker**
                                                 JOHN V. TUCKER, ESQUIRE
                                                 Florida Bar #: 0899917
                                                 Attorney for Plaintiff and Trial Counsel
                                                 TUCKER & LUDIN, P.A.
                                                 5235 16th Street North
                                                 St. Petersburg, FL 33703
                                                 Tel.:    (727) 572-5000
                                                 Fax:    (727) 571-1415
                                                 tucker@tuckerludin.com